UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW JONES and TERRANCE STOKES | ) | Case No. 1:23-cv-07321 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Jury Trial Demanded |
| | ) | |
| DMC Logistics, LLC and Airelle D. McNeal, | ) | |
| | ) | |
| Defendants. | | |

**DEFAULT JUDGMENT**

Having granted the plaintiffs' motion for default judgment, IT IS HEREBY

ORDERED:

1. The Court awards damages in the amount of $3,829.76, which represents missing overtime wages for 22 weeks, to plaintiff Andrew Jones. The Court further awards liquidated damages under the Fair Labor Standards Act to Jones in the amount of $3,829.76. The total damages awarded to Jones are $7,659.52.

2. The Court awards damages in the amount of $3,307.52, which represents missing overtime wages for 19 weeks, to plaintiff Terrence Stokes. The Court further awards liquidated damages under the Fair Labor Standards Act to Stokes in the amount of $3,307.52. The total damages awarded to Jones are $6,615.04.

3. The Court further awards attorneys' fees in the amount of $4,983 and costs in the amount of $697.

4.    The Court further awards post-judgment interest on the judgment amount and on the attorney's fees and costs awarded.

Dated: September 11, 2024

_____
Jeremy C. Daniel
United States District Judge